■ MATTER OF SERGEANTS BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents. [6 NYS3d 474]—Order, Supreme Court, New York County (Paul Wooten, J.), entered December 9, 2013, which denied the petition brought pursuant to CPLR article 78 to annul the decision of respondent New York City Board of Collective Bargaining, dismissing an improper practice petition alleging that respondents City of New York and New York City Police Department violated the New York City Collective Bargaining Law by unilaterally implementing a policy requiring alcohol testing for police officers when their discharge of a firearm results in injury or death, unanimously affirmed, without costs.

The court properly found that the Board of Collective Bargaining acted rationally in dismissing the improper practice

petition. The Board correctly concluded that unilateral implementation of the alcohol testing program fell within the Police Commissioner's disciplinary authority and thus did not relate to a mandatory subject of collective bargaining (*see Matter of City of New York v Patrolmen's Benevolent Assn. of the City of N.Y., Inc.*, 14 NY3d 46, 58-59 [2009]). Concur—Acosta, J.P., Saxe, DeGrasse and Richter, JJ. ■